# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>$17,300.00 IN UNITED STATES CURRENCY,<br><br>     Defendant-*in-Rem*. | No: 1:25-cv-00487-JAW |

## DECREE OF FORFEITURE

On September 23, 2025, a Verified Complaint for Forfeiture *In Rem* ("Complaint") against the defendant-in-rem was filed on behalf of the plaintiff, the United States of America, pursuant to the provisions of Title 31, United States Code, Section 5317(c)(2) and in accordance with the procedures governing civil forfeitures in money laundering cases pursuant to Title 18, United States Code, Section 981(a)(1)(A). This Court issued a Warrant of Arrest-in-Rem on September 24, 2025.

The United States identified one individual who reasonably appeared to be a potential claimant. That individual is Ian Swan.

On December 18, 2025, Ian Swan was served by electronic mail with a copy of a cover letter, an acceptance-of-service form, the Complaint, the Warrant of Arrest-in-Rem, and a Notice of Forfeiture

On or before December 30, 2025, United States Customs and Border Protection served the Warrant of Arrest-In-Rem and a copy of the Complaint on the defendant-in-rem and the defendant-in-rem was arrested pursuant to the Warrant.

Between September 30, 2025, and October 29, 2025, notice of this action was duly published on the official government website www.forfeiture.gov for thirty (30) consecutive days.

It appears that process was fully issued in this action and returned according to law.

On February 10, 2026, the defendant-in-rem and all persons claiming an interest in the defendant-in-rem were defaulted.

It appears from the record that no claims, contested or otherwise, have been filed against the defendant-in-rem and no answers to the Complaint have been filed, and the time to do so has expired.

NOW THEREFORE, on motion of the plaintiff United States of America for a default judgment and entry of a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the defendant-in-rem is **FORFEITED** to the United States of America and no right, title, or interest shall exist in any other person or entity.

**IT IS FURTHER ORDERED** that the defendant-in-rem shall be disposed of according to law.

**SO ORDERED,**

DATED: March 12, 2026

/s/ John A. Woodcock, Jr.
United States District Judge